## The Aultman-Taylor Machinery Company v. William Sheets.

1. REVIEW—*what essential to.* In order to review questions pertaining to the admission or rejection of evidence, the giving or refusal of instructions, or as to the weight of the evidence or the amount of the verdict and judgment, it is essential that a motion for a new trial shall have been made and a ruling had thereon followed by an exception.

Action of assumpsit. Appeal from the Circuit Court of Edgar County; the Hon. MORTON W. THOMPSON, Judge, presiding. Heard in this court at the November term, 1904. Affirmed. Opinion filed November 28, 1905.

H. S. TANNER, SALMANS & DRAPER and PENWELL & LINDLEY, for appellant.

DUNDAS & O'HAIR, for appellee.

PER CURIAM. It does not appear from the abstract of the bill of exceptions that has been furnished to us that any motion for a new trial was made or that any ruling was made upon any such motion. No question therefore arises in this court as to the propriety of the rulings of the Circuit Court upon the admission or rejection of evidence, the

giving or refusal of instructions, or as to the weight of the evidence, or the amount of the verdict and judgment, or any other matter pertaining to the question whether a new trial should be granted.  Odin Coal Co. v. Fadlock, 216 Ill. 624.

The judgment will be affirmed.

*Affirmed.*